382 A.2d 748

Commonwealth v. Gibson, Appellant.

Submitted September 22, 1976. Calvin S. Drayer, Jr., Assistant Public Defender, for appellant; Ross Weiss, First Assistant District Attorney, and William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.